IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT JOE STRANGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-19-105-D |
| ) | |
| UNITED STATES CONGRESS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Upon initial screening, Judge Erwin recommends that the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 be summarily dismissed without prejudice to an action under 28 U.S.C. § 2254.

The case file shows no timely objection to the Report nor request for an extension of time to object, even though Petitioner was expressly informed of the deadline for filing an objection, the procedure for doing so, and the consequences of failing to object. Therefore, the Court finds that Petitioner has waived further review of all issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996). For the reasons explained by Judge Erwin, the Court finds that the Petition should be dismissed without prejudice.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 11] is ADOPTED in its entirety. The Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 is DISMISSED WITHOUT PREJUDICE to a future filing under 28 U.S.C. § 2254. A separate judgment of dismissal shall be entered.

IT IS SO ORDERED this 8th day of April, 2019.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE